IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN A. MOSLEY, SHERYL M. MOSLEY, RONALD KELTNER, and GINNY KELTNER | | PLAINTIFFS |
| v. | Case No. 4:17-cv-00500 KGB | |
| JIM MORLEY, in his official capacity as Director of Building, Code Enforcement and Permits for the City of Maumelle and CITY OF MAUMELLE, ARKANSAS | | DEFENDANTS |

## ORDER

Before the Court is a motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by plaintiffs Steven A. Mosley, Sheryl M. Mosley, Ronald Keltner, and Ginny Keltner (Dkt. No. 60). In the motion, plaintiffs request that this Court grant the motion to dismiss pursuant to a mutual release and settlement agreement entered into and executed by all parties (*Id.*, 1-2). Plaintiffs attached to the motion signed copies of the mutual release and settlement agreement (Dkt. Nos. 60-1, 60-2). In their response, defendants represent that they do not object to plaintiffs' motion and agree that the Court should dismiss this case with prejudice (Dkt. No. 61, at 1).

The signed copies of the mutual release and settlement agreement accord with the terms of Rule 41(a)(2). For good cause shown, and because defendants do not object, the Court grants the motion (Dkt. No. 60). The Court dismisses with prejudice the action. The Court denies as moot all other pending motions (Dkt. No. 52).

It is so ordered this 15th day of May, 2019.

_____
Kristine G. Baker
United States District Judge