IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN A. MOSLEY,
SHERYL M. MOSLEY, RONALD
KELTNER, and GINNY KELTNER                                      PLAINTIFFS

v.                      Case No. 4:17-cv-00500 KGB

JIM MORLEY, in his official capacity as
Director of Building, Code Enforcement
and Permits for the City of Maumelle and
CITY OF MAUMELLE, ARKANSAS                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiffs Steven A. Mosley, Sheryl M. Mosley, Ronald Keltner, and Ginny Keltner's claims against defendants Jim Morley, in his official capacity as Director of Building, Code Enforcement, and Permits for the City of Maumelle, and City of Maumelle, Arkansas, are dismissed with prejudice.

It is so adjudged this 15th day of May, 2019.

Kristine G. Baker
United States District Judge